```
 1  KAREN P. HEWITT
    United States Attorney
 2  MICHELLE M. PETTIT
    Assistant United States Attorney
 3  California State Bar No. 253406
    United States Attorney's Office
 4  Federal Office Building
    880 Front Street, Room 6293
 5  San Diego, California 92101
    Telephone: (619) 557-7450
 6
    Attorneys for Plaintiff
 7  UNITED STATES OF AMERICA
```

FILED
JUN 19 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA        08 CR 2068 BTM

| UNITED STATES OF AMERICA, | ) | Magistrate Case No. 08MJ1792 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **STIPULATION OF FACT AND JOINT** |
| v. | ) | **MOTION FOR RELEASE OF** |
| | ) | **MATERIAL WITNESS(ES) AND** |
| ALBERTO FLORES-RAMOS, | ) | **ORDER THEREON** |
| | ) | |
| Defendant. | ) | |
| | ) | (Pre-Indictment Fast-Track Program) |

**IT IS HEREBY STIPULATED AND AGREED** between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and Michelle M. Pettit, Assistant United States Attorney, and defendant ALBERTO FLORES-RAMOS, by and through and with the advice and consent of defense counsel, Paul D. Turner, that:

1.  Defendant agrees to execute this stipulation on or before the first preliminary hearing date and to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it. Defendant agrees further to waive indictment and plead guilty to the pre-indictment information charging defendant with a non-mandatory minimum count of Bringing in Aliens Without Presentation and Aiding and Abetting, in violation of 8 U.S.C. § 1324(a)(2)(B)(iii) and 18 U.S.C. § 2.

//

MIP:psd:6/10/08

1     2.    Defendant acknowledges receipt of a plea agreement in this case and agrees to
2 provide the signed, original plea agreement to the Government not later than five business days
3 before the disposition date set by the Court.

4     3.    Defendant agrees to plead guilty to the charge pursuant to the plea agreement on or
5 before **July 9, 2008.**

6     4.    The material witness, Maribel Carrasco-Lopez, in this case:

7     a.    Is an alien with no lawful right to enter or remain in the United States;

8     b.    Entered or attempted to enter the United States illegally on or about
9 June 8, 2008;

10     c.    Was found in a vehicle driven by defendant at the San Ysidro, California Port
11 of Entry (POE) and that defendant knew or acted in reckless disregard of the fact that she was an
12 alien with no lawful right to enter or remain in the United States;

13     d.    Was paying $2,000 to defendant [or others] to be brought into the United States illegally
14 and/or transported illegally to her destination therein; and,

15     e.    May be released and remanded immediately to the Department of Homeland
16 Security for return to her country of origin.

17     5.    After the material witnesses are ordered released by the Court pursuant to this
18 stipulation and joint motion, if defendant does not plead guilty to the charge set forth above, for any
19 reason, or thereafter withdraws his guilty plea to that charge, defendant agrees that in any proceeding,
20 including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

21     a.    The stipulated facts set forth in paragraph 4 above shall be admitted as
22 substantive evidence;

23     b.    The United States may elicit hearsay testimony from arresting agents
24 regarding any statements made by the material witness(es) provided in discovery, and such testimony
25 shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest
26 of (an) unavailable witness(es); and,

27 //

28 Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Alberto Flores-Ramos             2            08MJ1792

    c. Understanding that under <u>Crawford v. Washington</u>, 124 S. Ct. 1354 (2004), "testimonial" hearsay statements are not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

  6. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

  Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to her country of origin.

  It is STIPULATED AND AGREED this date.

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

Dated: 6/19/08

for MICHELLE M. PETTIT
Assistant United States Attorney

Dated: 6-18-08

PAUL D. TURNER
Defense Counsel for FLORES-RAMOS

Dated: 6-18-08

x ALBERTO FLORES-RAMOS
Defendant

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Alberto Flores-Ramos     3     08MJ1792

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# ORDER

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence, and,

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to her country of origin.

**SO ORDERED.**

Dated: 6/19/2008

_____
United States Magistrate Judge

Stipulation of Fact and Joint Motion for Release of
Material Witness(es) And Order Thereon in
United States v. Alberto Flores-Ramos                    4                    08MJ1792