UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 JUN 19 P 4:11
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 08 CR 2068-BEN |
| Plaintiff | ) | CRIMINAL NO. 08 MJ 1792 |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Alberto Flores-Ramos | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **Ruben B. Brooks**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).

**Maribel Carrasco-Lopez**

DATED: 6/19/08

Ruben B. Brooks
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
           DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
    Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082